AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action (Page 2)

Civil Action No. 6:17-cv-00034-NKM

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 0 7 2017

JULIA C. DUDLEY, CLERK
BY: /s/
  DEPUTY CLERK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tim Trent

was received by me on *(date)* 5-17-2017.

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Major R. Esplore, who is designated by law to accept service of process on behalf of *(name of organization)* Blue Ridge Jail

on *(date)* 5-19-2017 - 1:48 pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 5-19-2017

Willis Mayberry
Server's signature

Willis Mayberry - Process Server
Printed name and title

Lynchburg, VA 24502
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) (12/09 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

Katherine Painter )
)
*Plaintiff* )
)
v. ) Civil Action No. 6:17-cv-00034-NKM
Blue Ridge Regional Jail Authority, et al., )
)
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Tim Trent
Blue Ridge Regional Jail Authority
510 Ninth Street
Lynchburg, VA 24504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
T. Vaden Warren, Jr., Esquire
The Warren Firm PLLC
516 Locust Ave.
Charlottesville, VA 22902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/17

H. Wheeler
*Signature of Clerk or Deputy Clerk*