# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | |
|---|---|
| Katherine Painter <br> *Plaintiff* <br> v. <br> Blue Ridge Regional Jail Authority; et al. <br> *Defendant* | ) ) ) ) ) ) Case No. 6:17cv00034 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Katherine Painter

Date: 06/29/2017

s/Bhavani K. Raveendran
*Attorney's signature*

Bhavani K. Raveendran 6309968
*Printed name and bar number*

Romanucci & Blandin LLC
321 North Clark Street Suite 900
Chicago Illinois 60654

*Address*

braveendran@rblaw.net
*E-mail address*

(312) 458-1000
*Telephone number*

(312) 458-1004
*FAX number*