UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

---

| | |
|---|---|
| Katherine Painter; ) | |
|     Plaintiff, ) | |
| ) | |
| ) | No: 6:17-CV-00034 |
| v. ) | |
| ) | |
| ) | |
| Blue Ridge Regional Jail Authority; Corrections ) | |
| Officer Timothy Farrar, individually and as an ) | |
| Agent of the Blue Ridge Jail Authority; and ) | |
| Corrections Officer Pitts, individually and as an ) | |
| Agent of the Blue Ridge Jail Authority; ) | |
| ) | |
|     Defendants. ) | |

## REQUEST FOR ENTRY OF DEFAULT

Plaintiff, Katherine Painter, hereby requests the entry of default against DEFENDANT TIMOTHY FARRAR on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Federal Rule of Civil Procedure 55(a) within the time allowed by law. An affidavit in support of this request and a certificate of service are attached hereto as Exhibit A and B, respectively.

Respectfully Submitted,

By: /s Bhavani Raveendran

Bhavani Raveendran
ROMANUCCI & BLANDIN
321 N. Clark St.; Ste 900
Chicago, IL  60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net

Attorney No.: 6309968/ Ill.

Attorney for Plaintiff
T. Vaden Warren, Jr.
THE WARREN FIRM PLLC
516 Locust Ave.
Charlottesville, VA 22902
Tel: (434) 972-9090
Fax: (434) 972-9091
Email: vwarren@warren-law.com
VA Bar No.: 42004

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 7th day of November, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent the foregoing by U.S. Mail to the following addresses:

Timothy Farrar
90 Weeping Willow Drive
Apartment J
Lynchburg, VA 24501


By: /s Bhavani Raveendran

Bhavani Raveendran
ROMANUCCI & BLANDIN
321 N. Clark St.; Ste 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net