# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Katherine Painter;<br>    Plaintiff,<br><br>v.<br><br>Blue Ridge Regional Jail Authority; Corrections Officer Timothy Farrar, individually and as an Agent of the Blue Ridge Jail Authority; and Corrections Officer Pitts, individually and as an Agent of the Blue Ridge Jail Authority;<br><br>    Defendants. | No: 6:17-CV-00034 |

## AFFIDAVIT IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT

The undersigned, being first duly sworn, deposes and says:

1. I am the attorney for the Plaintiff, Katherine Painter.
2. This affidavit is executed in accordance with Rule 55 of the Federal Rules of Civil Procedure.
3. On April 14, 2017, we filed the above-captioned action against Defendants Blue Ridge Regional Jail Authority, Defendant Pitts, and Defendant Farrar.
4. On June 9, 2017, Defendants Blue Ridge Regional Jail Authority and Defendant Pitts filed Motions to Dismiss in response to said complaint.
5. On August 29, 2017, this Honorable Court granted said Motions, dismissing Blue Ridge Regional Jail Authority with prejudice and Defendant Pitts without prejudice.
6. On August 28, 2017, Defendant Farrar was served by Posting on his the front door of his abode.
7. Up to and including November 2, 2017, Defendant Farrar has not appeared or answered the complaint and the time to do so has expired.

8. Defendant Farrar was required to file an appearance within 21 days of being served. No extensions to this time limit have been requested, consented to, or granted by the Court.

9. Defendant Farrar is not an infant, incompetent, nor is he presently engaged in military service. Defendant Farrar reached the age of majority before the above-captioned matter was filed.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: November 7, 2017.

*B. Raveendran*
Bhavani Raveendran
Romanucci & Blandin, LLC
321 N. Clark St, Suite 900
Chicago, IL 60654
braveendran@rblaw.net

Subscribed and sworn to before me this 7th day of November, 2017:

_____
Notary Public

MATTHEW A DOMINGUEZ
OFFICIAL SEAL
Notary Public, State of Illinois
My Commission Expires
February 03, 2018