CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/08/2017
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| **Katherine Painter,** | ) |
| | ) |
|        **Plaintiff** | ) |
| | ) |
| v. | )   **Civil Action No. 6:17CV00034** |
| | ) |
| **Blue Ridge Regional Jail Authority, et al.,** | ) |
| | ) |
|        **Defendants.** | ) |

## CLERK'S ENTRY OF DEFAULT

    The above action was filed in this Court on April 14, 2017. The Defendant Corrections Officer Timothy Farrar was served on the following date, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant:

Corrections Officer Timothy Farrar          August 28, 2017

    **The time for the defendant to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant:**

                                              **Corrections Officer Timothy Farrar**

    <u>See</u> Federal Rules of Civil Procedure, Rule 55(a).

    Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant.

                                                            JULIA C. DUDLEY, CLERK

                                                             By: /s/ C. Amos
                                                                     Deputy Clerk