$0.460
US POSTAGE
FIRST-CLASS
062S-8S3748537
24504

GREENSBORO
NC 274
08 NOV '17
PM 5 L

NIXIE      274   FE 1        0011/17/17
          RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
BC: 24504459716      *0580-07709-08-43

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

Timothy Farrar
90 Weeping Willow Drive, Apt. J
Lynchburg, VA 24501

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

11/20/2017

JULIA C. DUDLEY, CLERK
BY:   s/ F. COLEMAN
      DEPUTY CLERK

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/08/2017
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| Katherine Painter, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 6:17CV00034 |
| | ) |
| Blue Ridge Regional Jail Authority, et al., | ) |
| | ) |
| Defendants. | ) |

### CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on April 14, 2017. The Defendant Corrections Officer Timothy Farrar was served on the following date, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant:

Corrections Officer Timothy Farrar          August 28, 2017

The time for the defendant to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant:

Corrections Officer Timothy Farrar

<u>See</u> Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant.

JULIA C. DUDLEY, CLERK

By: /s/ C. Amos<br>Deputy Clerk

MIME-Version:1.0 From:ecfnoticing@vawd.uscourts.gov To:vawd_ecf_nef@vawd.uscourts.gov Bcc: Message-Id:<2939765@vawd.uscourts.gov>Subject:Activity in Case 6:17-cv-00034-NKM-RSB Painter v. Blue Ridge Regional Jail Authority et al Clerk's Entry of Default Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

**Notice of Electronic Filing**

The following transaction was entered on 11/8/2017 at 4:05 PM EST and filed on 11/8/2017

| | |
|---|---|
| **Case Name:** | Painter v. Blue Ridge Regional Jail Authority et al |
| **Case Number:** | 6:17-cv-00034-NKM-RSB |
| **Filer:** | Timothy Farrar |
| **Document Number:** | 40 |

**Docket Text:**
Clerk's ENTRY OF DEFAULT as to Corrections Officer Timothy Farrar. (ca)

**6:17-cv-00034-NKM-RSB Notice has been electronically mailed to:**
Jim H. Guynn, Jr   jimg@guynnwaddell.com, lindau@guynnwaddell.com
Carlene Booth Johnson   perrylawfirm@hughes.net, karenperry@centurylink.net, pw3@moonstar.com, rjperry@moonstar.com
Thomas Vaden Warren, Jr   vwarren@warren-law.com
Bhavani K. Raveendran   braveendran@rblaw.net, klarry@rblaw.net

**6:17-cv-00034-NKM-RSB Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

Document description:Main Document
Original filename:n/a
Electronic document Stamp:
[STAMP dcecfStamp_ID=1052918722 [Date=11/8/2017] [FileNumber=2939763-0
] [40e0769e8f74884aa7a6a5b20d92c1b459e7d6573b7cff9968dcbcafefb64c282f1
ddffa34d95e7270d14511ea383abb3878bdb8f5b7accfa33956210bd6db21]]