UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

---

| | |
|---|---|
| Katherine Painter; ) | |
|     Plaintiff, ) | |
| ) | |
| ) | No: 6:17-CV-00034 |
| v. ) | |
| ) | |
| ) | |
| Blue Ridge Regional Jail Authority; Corrections ) | |
| Officer Timothy Farrar, individually and as an ) | |
| Agent of the Blue Ridge Jail Authority; and ) | |
| Corrections Officer Pitts, individually and as an ) | |
| Agent of the Blue Ridge Jail Authority; ) | |
| ) | |
|     Defendants. ) | |

---

## **PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT TIMOTHY J. FARRAR**

NOW COME(S) the Plaintiff, Katherine Painter, by and through her attorneys, THE WARREN FIRM PLLC and ROMANUCCI & BLANDIN, LLC, pursuant to Federal Rule of Civil Procedure 55, respectfully moves this Court enter an order for default judgment against Defendant Farrar. In support thereof, Plaintiff submits the attached Memorandum in Support of Plaintiff's Motion.

WHEREFORE, for the foregoing reasons and those discussed in Plaintiff's Memorandum in Support of Plaintiff's Motion for Default Judgment, Plaintiff respectfully requests this Court to enter a default judgment against Defendant Farrar.

By:__/s Bhavani Raveendran_____

Bhavani Raveendran

ROMANUCCI & BLANDIN

321 N. Clark St.; Ste 900

Chicago, IL 60654

Tel: (312) 458-1000

Fax: (312) 458-1004

Email: braveendran@rblaw.net

Attorney No.: 6309968/ Ill.


Attorney for Plaintiff
T. Vaden Warren, Jr.
THE WARREN FIRM PLLC
516 Locust Ave.
Charlottesville, VA 22902
Tel: (434) 972-9090
Fax: (434) 972-9091
Email: vwarren@warren-law.com
VA Bar No.: 42004

**CERTIFICATE OF SERVICE**

I do hereby certify that on this 27th day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following or sent by U.S. Mail from 321 N. Clark Street, Chicago, IL before 5:00pm on Wednesday, December 27, 2017:

Jim H. Guynn, Jr. (VSB # 22299)
Guynn & Waddell, P.C.
Counsel for Defendant Officer Pitts
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com

Carlene Booth Johnson VSB No. 36473
Perry Law Firm
A Professional Corporation
Counsel for Defendant Blue Ridge Regional Jail Authority
262 Chellowe Road
Dillwyn, Virginia 23936

tel: (434) 983-5005
fax: (434) 983-5021
email: perrylawfirm@hughes.net

Timothy Farrar
90 Weeping Willow Drive
Apartment J
Lynchburg, VA 24501

Timothy Farrar
11053 Falling Creek Road
Bedford, VA 24523

Timothy Farrar
90 Waldon Pond, Apt. J
Lynchburg, VA 24501

Timothy Farrar
500 East Main Street
Bedford, Virginia 24523

Timothy Farrar
420 Westover Blvd
Lynchburg, VA 24501

Timothy Farrar
3300 Old Forest Road, No. 309
Lynchburg, VA 24503

Timothy Farrar
171 Annie Street
Appomattox, VA 24522

Timothy Farrar
1323 Autumn Run Drive
Forest, VA 24551

By: /s Bhavani Raveendran
Bhavani Raveendran
ROMANUCCI & BLANDIN
321 N. Clark St.; Ste 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004
braveendran@rblaw.net
Attorney No.: 6309968/ Ill.