# RETURN OF SERVICE

| Case: 6-17-CV 00034-NKM | Court: United States District Court / Western District of Virginia | County: , VA | Job: 1628257 |
|---|---|---|---|
| **Plaintiff / Petitioner:** Katherine Painter | | **Defendant / Respondent:** Blue Ridge Regional Jail Authority et al | |
| **Received by:** Virginia Court Services | | **For:** Integrity Process Serving Inc | |
| **To be served upon:** Officer Timothy Farrar | | | |

I, Bryan E. Klein, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Officer Timothy Farrar, Home: 90 Weeping Willow Dr Apt J, Lynchburg, VA 24501
**Manner of Service:** Posted, Aug 28, 2017, 5:05 pm EDT
**Documents:** Summons in a Civil Action (Received Aug 28, 2017 at 4:14pm EDT)

**Additional Comments:**
1) Successful Attempt: Aug 28, 2017, 5:05 pm EDT at Home: 90 Weeping Willow Dr Apt J, Lynchburg, VA 24501. Posted. Photos attached.

_Bryan E. Klein_                   08/28/2017
Bryan E. Klein                         Date

Virginia Court Services
PO Box 1
Roanoke, VA 24002
434-258-5812



Posted on 8/28/2017
@ 5:05pm EST By [initials]

AO 440 (Rev. 02/09/12/09 WDVA) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the
Western District of Virginia

Katherine Painter

  Plaintiff
v.                                    Civil Action No. 6:17-cv-00034-NKM
Blue Ridge Regional Jail Authority, et al.,

  Defendant

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Officer Timothy Farrar
Blue Ridge Regional Jail Authority
510 Ninth Street
Lynchburg, VA 24504

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
T. Vaden Warren, Jr., Esquire
The Warren Firm PLLC
516 Locust Ave.
Charlottesville, VA 22902

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/10/17            /s/ N. Wheeler
                         *Signature of Clerk or Deputy Clerk*



