# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Katherine Painter;  Plaintiff, | ) ) ) |
| v. | ) No: 6:17-CV-00034 ) ) ) |
| Blue Ridge Regional Jail Authority; Corrections Officer Timothy Farrar, individually and as an Agent of the Blue Ridge Jail Authority; and Corrections Officer Pitts, individually and as an Agent of the Blue Ridge Jail Authority;  Defendants. | ) ) ) ) ) ) ) ) |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT

The undersigned, being first duly sworn, deposes and says:

1. I am the attorney for the Plaintiff, Katherine Painter.
2. This affidavit is executed in accordance with Rule 55 of the Federal Rules of Civil Procedure.
3. On April 14, 2017, we filed the above-captioned action against Defendants Blue Ridge Regional Jail Authority, Defendant Pitts, and Defendant Farrar.
4. On June 9, 2017, Defendants Blue Ridge Regional Jail Authority and Defendant Pitts filed Motions to Dismiss in response to said complaint.
5. On August 29, 2017, this Honorable Court granted said Motions, dismissing Blue Ridge Regional Jail Authority with prejudice and Defendant Pitts without prejudice.
6. On August 28, 2017, Defendant Farrar was served by Posting on his the front door of his abode.
7. Up to and including December 26, 2017, Defendant Farrar has not appeared or answered the complaint and the time to do so has expired.
8. Defendant Farrar was required to file an appearance within 21 days of being served. No extensions to this time limit have been requested, consented to, or granted by the Court.

9. Defendant Farrar is not an infant, incompetent, nor is he presently engaged in military service, see Active Duty Search Data attached hereto as Exhibit 1. Defendant Farrar reached the age of majority before the above-captioned matter was filed.

FURTHER AFFIANT SAYETH NAUGHT.

Dated: December 26, 2017.

*B. Raveend*
Bhavani Raveendran
Romanucci & Blandin, LLC
321 N. Clark St, Suite 900
Chicago, IL 60654
braveendran@rblaw.net

Subscribed and sworn to before me this 26th day of December, 2017:

*Mirena Fontana*
Notary Public

MIRENA F FONTANA
Official Seal
Notary Public - State of Illinois
My Commission Expires Jul 13, 2019

Department of Defense Manpower Data Center



# Status Report
## Pursuant to Servicemembers Civil Relief Act

| | |
|---|---|
| SSN: | XXX-XX-9116 |
| Birth Date: | Sep-XX-1974 |
| Last Name: | FARRAR |
| First Name: | TIMOTHY |
| Middle Name: | WAYNE |
| Status As Of: | Dec-26-2017 |
| Certificate ID: | SZPBYWTZ08N40MQ |

| On Active Duty On Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date ||||

| Left Active Duty Within 367 Days of Active Duty Status Date ||||
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date ||||

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date ||||
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty ||||

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

*Michael V. Sorrento*

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. ? 501 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q33) via this URL: https://scra.dmdc.osd.mil/faq.xhtml#Q33. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. ? 521(c).

This response reflects the following information: (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC ? 101(d) (1). Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available. In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC ? 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds. All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support. This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs). Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate. SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC ? 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction. The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING: This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester. Providing erroneous information will cause an erroneous certificate to be provided.