# AFFIDAVIT OF NON-SERVICE

| Case: 6:17-cv-00034-NKM | Court: | County: | Job: 1556704 |
|---|---|---|---|
| Plaintiff / Petitioner: Katherine Painter | | Defendant / Respondent: Officer Timothy Farrar | |
| Received by: Integrity Process Serving Inc | | For: Romanucci & Blandin LLC | |
| To be served upon: Officer Timothy Farrar | | | |

I, Carl D. Gutierrez, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Officer Timothy Farrar,
**Manner of Service:** Chronological Timeline for Attempting to Locate Timothy Farrar
**Documents:** Skip Trace (Received Jul 25, 2017 at 12:00am CDT)

**Additional Comments:**
JULY 25, 2017: Opened skip trace reference Officer Timothy Farrar and started open and closed database checks.

JULY 26, 2017: Obtained open source information reference Timothy Farrar case.
Timothy Wayne Farrar
https://www.instantcheckmate.com/people/timothy-farrar/?state=Virginia
There is a pic on this website
http://www.newsadvance.com/news/local/former-lynchburg-jail-officer-granted-bond-in-inmate-sex-case/article_ad2df92e-0561-11e5-a4d8-433abd7bff6b.html

JULY 27, 2017: The closed database search revealed the following addresses and information reference Timothy Farrar. Checks are started to confirm which information leads to the location of Timothy Farrar
Timothy Wayne Farrar II
DOB:
SSN:
Phone:
(434) 352- (ET) (99%) [Feedback]
(434) 329- (ET) (M) (86%) [Feedback]
(434) 660- (ET) (M) (72%) [Feedback]
(434) 338- (ET) (M) (67%) [Feedback]
(434) 546- (ET) (M) (67%) [Feedback]
, LYNCHBURG, VA 24501-3992 (LYNCHBURG CITY COUNTY) (06/13/2017 to 07/27/2017) (APT J)
FOREST, VA 24551-3778 (BEDFORD COUNTY) (08/28/2016 to 04/29/2017)
BEDFORD, VA 24523-4936 (BEDFORD COUNTY) (08/28/2015 to 07/07/2017)
(Old Address in state of possibility)
(N or S), JACKSONVILLE, FL 32234-1412 (DUVAL COUNTY) (01/23/2003 to 01/23/2003)
(Potential Parents house)
CANTERBURY, CT 06331-1801 (WINDHAM COUNTY) (09/01/1994 to 01/23/2003)
1 Current Private Phone
Current Private Phone at address
(860) 546- (ET) - ECCLESTON, CHERYL
Relatives Diagram:
Cheryl Ann Eccleston , Age: 62
Kathy Marie Farrar , Age: 65
Timothy Wayne Farrar SR , Age: 64
Joshua Michael Gulden , Age: 34
Sherran Nicole Mann , Age: 34
DL#: T60461381

JULY 27, 2017 at 15:04 hours:
I called Waldon Pond Apartments and checked the 90 Weeping willow address and it never shows anybody by that name in their records living at that address the day manager will get ahold of the property manager and call me back.

jULY 28, 2017 at 15:48 hours:
The following numbers were called, 434-352-▇▇▇▇ rang and went to auto voicemail. phone is linked to all his family at ▇▇▇ Walton Dr. Appomattox Va and also the 1323 address.
The number, 434-329-▇▇▇▇ straight to auto voicemail. No return calls from either number.

AUGUST 2, 2017:
Still no answer at the family phone and no calls back from them after leaving messages.
I have not received anything back from waldon pond apartments (855-755-▇▇▇▇) I will have to call them again during business hours.

AUGUST 5, 2017:
I called waldon apartments and left message again. Open source Facebook did reveal that Timothy Farrar shutdown his Facebook page in 2016.

AUGUST 9, 2017:
I have been calling and still nothing, the apartment complex that it shows him living at apparently has no record of him living there and I tried to get a hold of them but they are either closed early or it goes to closed extension to leave a message. I've called the phone that goes to his entire family and the bill goes to his parents house. I know they still live at this house because his father is on Facebook and puts photos up of the house on his page. I have called 3 times today and 2 of the 3 times it rang a few times then was sent to voicemail, indicating that they saw the number and disconnected. I've left voicemails but at no time have I received a returned call. I've also looked for court records for all of the counties he has ever lived in and the only records that come up are for the criminal case in 2016. I might try calling the Appomattox sheriffs office because apparently his Dad is the deputy sheriff captain there. Other then that there hasn't been any luck finding a recent car, confirmed location or contact. I will continue to call regularly and check all sources to help find a location we can service him.

AUGUST 10, 2017 at 16:32 hours.
I called Appomattox County Sheriff's office and left a message for Captain Farrar to call me tomorrow. Captain Farrar was out of the office for the day.

AUGUST 11, 2017 at 12:38 hours.
I spoke with Mr Farrar about his son and he didn't know where he's living. Mr Farrar stated all he knew was that his son was an over the road truck driver for a company called Pride trucking out of Florida. Mr Farrar also stated that Timothy married a Mexican lady named Pam and they have not had much to do with Timothy after that. Mr Farrar has not seen Timothy for a very long time. No further information.
I am having a check done through the National Insurance Crime Bureau truck division to see if Timothy is a truck driver. I am also checking for a Pam that maybe Timothy Farrar's wife or significant other.

AUGUST 14, 2017:
Potential Pam in relationship with Timothy Farrar
Pamela Lynn Ziomek
▇▇▇▇▇▇▇▇▇▇▇▇▇ APT J, LYNCHBURG, VA 24501-3992 (LYNCHBURG CITY COUNTY) (10/17/2012 to 08/14/2017)
Building Name: WALDON POND APTS
Address contains: 12 apartments
Facebook: Pam Friday-Ziomek (Pam Friday) The facebook links Timothy Farrar and Pamela Lynn Ziomek in the same pictures.

AUGUST 16th thru 23rd, 2017:
Timothy Wayne Farrar (II)
▇▇▇▇▇▇▇▇▇▇▇▇▇, LYNCHBURG, VA 24501-3992 (LYNCHBURG CITY COUNTY) (06/13/2017 to 08/14/2017)
Living with his wife/girlfriend (Pamela Lynn Ziomek) and Jaclynn Olivia Ziomek
Photos of Pam and Timothy will be attached to case file. Numerous attempts at contacting Pamela Ziomek and Timothy Farrar by telephone are not answered. Timothy Farrar does not have an over the road or Commercial Drivers License that can be found in any database at this time. The trucking company named, Pride, could not be located in Florida or any connection to Florida but an old address for Timothy Farrar.

AUGUST 24, 2017:
A request for service was sent out on this date at the ▇▇▇▇▇▇▇▇▇▇▇ Apt J, Lynchburg, VA, 24501-3992. The process serving company PROSERVE LLC was used.

AUGUST 25, 2017:
PROSERVE LLC server attempted service and a male, John Doe refused name stated that he had never heard of Timothy Farrar and would not answer any further questions from the server.

AUGUST 28, 2017:
A request for posting of the summons at the address was completed by Virginia Court Services on this date.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this document are true and correct.

I certify that I am a United States citizen, over the age of 18 and not party to, nor otherwise interested in the above action.

_____  08/28/2017
Carl D Gutierrez            Date

Integrity Process Serving Inc
4N701 School Rd Ste. C
St. Charles, IL 60175