$0.46 0
US POSTAGE
FIRST-CLASS
062S-633748537
24504

B5611605

**UNITED STATES DISTRICT COURT**

OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

24522-811071