UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

$0.460
US POSTAGE
FIRST-CLASS
062S-833748537
24504

GREENSBORO NC 274
05 JAN '18
PM 7 L

FORWARD TIME EXP RTN TO SEND
1322 AUTUMN RUN DR
FOREST VA 24551-3778

RETURN TO SENDER