US POSTAGE FIRST-CLASS $0.460
06 2S-863748537
24504

GREENSBORO NC 274
05 JAN '18
PM 7 L

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

NIXIE         274  FE  1         0001/12/18
         RETURN TO SENDER
      ATTEMPTED - NOT KNOWN
         UNABLE TO FORWARD
BC: 24504459715    *3660-01659-05-44