$0.460
US POSTAGE
FIRST-CLASS
062S-83748537
24504

GREENSBORO
NC 274
05 JAN '18
PM 4 L

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

NIXIE    274    FE  1    0001/10/18
    RETURN TO SENDER
    ATTEMPTED - NOT KNOWN
    UNABLE TO FORWARD
BC: 24504459716    *0480-05924-05-43