UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

59611B.06

$0.46 0
US POSTAGE
FIRST-CLASS
062S-8G3748537
24504

GREENSBORO
NC 274
05 JAN '18
PM I L

NIXIE          274          FE 1          2001/12/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 245644397 I 6          *0100-03079-05-43