CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Timothy Farrar
90 Waldon Pond, Apt. J
Lynchburg, VA 24501

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Virginia__

KATHERINE PAINTER

V.

BLUE RIDGE REGIONAL JAIL AUTHORITY, ET AL.

**NOTICE**

CASE NUMBER: 6:17CV00034

TYPE OF CASE:

☑ CIVIL ☐ CRIMINAL

☑ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U. S. District Court<br>1101 Court Street<br>Lynchburg, VA 24504 | Third Floor Courtroom |
| | DATE AND TIME |
| | 4/20/2018 1:30 pm |

TYPE OF PROCEEDING

Hearing on Damages as to Pending Motion for Default Judgment

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| | | |

JULIA C. DUDLEY
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

1/4/2018

DATE

(BY) DEPUTY CLERK

TO:
Counsel of Record
Defendant Timothy Farrar