B9511h00
$0.460
US POSTAGE
FIRST-CLASS
0625-803748537
24504

UNITED STATES DISTRICT COURT

**OFFICE OF THE CLERK**

**1101 COURT STREET, SUITE A66**

**LYNCHBURG, VIRGINIA 24504**

OFFICIAL BUSINESS

GREENSBORO
NC 274
05 JAN '18
PM 7 L

0001/12/18

NIXIE        274    FE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 24504459716        *0948-03464-06-01

24504459716