CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/13/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KATHERINE PAINTER,<br><br>                *Plaintiff*,<br><br>v.<br><br>BLUE RIDGE REGIONAL JAIL AUTHORITY, *ET AL.*,<br><br>                *Defendants*. | CASE NO. 6:17-cv-00034<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This case is before the Court *sua sponte* regarding Plaintiff Katherine Painter's attempt to effectuate service of process on Defendant Timothy Farrar. This case is currently set for a hearing on April 20, 2018 regarding Plaintiff's motion for default judgment. (Dkts. 42, 45). At the upcoming hearing, the parties are to provide evidence and legal argument regarding whether Plaintiff's service on Defendant was proper and sufficient under relevant federal and state law.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  13th  day of April, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE