# UNITED STATES DISTRICT COURT

Western DISTRICT OF Virginia

KATHERINE PAINTER

V.

BLUE RIDGE REGIONAL JAIL AUTHORITY, ET AL.

## NOTICE

CASE NUMBER: 6:17CV00034

TYPE OF CASE:

☑ CIVIL ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | DATE AND TIME |

TYPE OF PROCEEDING

Hearing on Damages as to Pending Motion for Default Judgment

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U. S. District Court<br>1101 Court Street<br>Lynchburg, VA 24504 | 4/20/2018 1:30 pm | 5/9/2018 2:00 pm |

JULIA C. DUDLEY, CLERK OF COURT

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/19/2018

DATE

(BY) DEPUTY CLERK

TO:

Counsel of Record
Defendant Timothy Farrar