UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

GREENSBORO NC 274
14 APR '18
PM 3 L

$0.470
US POSTAGE
FIRST-CLASS
062S-695976377
24504

Timothy Farrar
90 Weeping Willow Drive
Apartment J
Lynchburg, VA 24501

NIXIE         274 FE 1         0004/18/18
           RETURN TO SENDER
       NOT DELIVERABLE AS ADDRESSED
             UNABLE TO FORWARD
BC: 24504439710          *0550-05060-14-46