Timothy Farrar
90 Weeping Willow Drive
Apartment J
Lynchburg, VA 24501

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
APR 26 2018
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

```
MIME-Version:1.0
From:ecfnoticing@vawd.uscourts.gov
To:vawd_ecf_nef@vawd.uscourts.gov
Bcc:
--Case Participants: Carlene Booth Johnson (karenperry@centurylink.net,
perrylawfirm@hughes.net, pw3@moonstar.com, rjperry@moonstar.com), Thomas Vaden
Warren, Jr (vwarren@warren-law.com), Jim H. Guynn, Jr (jimg@guynnwaddell.com,
lindau@guynnwaddell.com), Bhavani K. Raveendran (braveendran@rblaw.net,
klarry@rblaw.net), Magistrate Judge Robert S. Ballou
(carolyn_dietz@vawd.uscourts.gov, joseph_ridgeway@vawd.uscourts.gov,
kellyb@vawd.uscourts.gov, lindsayg@vawd.uscourts.gov, robertb@vawd.uscourts.gov),
Senior Judge Norman K. Moon (caglej@vawd.uscourts.gov,
carmen_amos@vawd.uscourts.gov, ehtanp@vawd.uscourts.gov, fayc@vawd.uscourts.gov,
joshua_wade@vawd.uscourts.gov, melissan@vawd.uscourts.gov,
moon.ecf@vawd.uscourts.gov, normanm@vawd.uscourts.gov, sarag@vawd.uscourts.gov,
wesley_vorberger@vawd.uscourts.gov)
--Non Case Participants: Court Reporter Scheduler (aubreyb@vawd.uscourts.gov,
sherryt@vawd.uscourts.gov)
--No Notice Sent:

Message-Id:<3037266@vawd.uscourts.gov>
Subject:Activity in Case 6:17-cv-00034-NKM-RSB Painter v. Blue Ridge Regional Jail
Authority et al Notice Rescheduling Hearing on Motion
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Western District of Virginia

### Notice of Electronic Filing

The following transaction was entered on 4/19/2018 at 3:30 PM EDT and filed on 4/19/2018
**Case Name:**     Painter v. Blue Ridge Regional Jail Authority et al
**Case Number:**   6:17-cv-00034-NKM-RSB
**Filer:**
**Document Number:** 54(No document attached)

**Docket Text:**
**NOTICE Rescheduling Hearing on Motion [42] MOTION for Default Judgment as to** *Defendant Farrar* **(CR) previously set for 4/20/2018 at 01:30 PM before Judge Norman K. Moon in Lynchburg: Motion Hearing set for 5/9/2018 02:00 PM in Lynchburg before Senior Judge Norman K. Moon. NOTE: Attorney Bhavani Raveendran to participate by phone. Dial in instructions will be emailed to her shortly prior to the hearing.(sfc)**

**6:17-cv-00034-NKM-RSB Notice has been electronically mailed to:**

Jim H. Guynn, Jr     jimg@guynnwaddell.com, lindau@guynnwaddell.com

Carlene Booth Johnson     perrylawfirm@hughes.net, karenperry@centurylink.net, pw3@moonstar.com, rjperry@moonstar.com

Thomas Vaden Warren, Jr     vwarren@warren-law.com

Bhavani K. Raveendran     braveendran@rblaw.net, klarry@rblaw.net

**6:17-cv-00034-NKM-RSB Notice has been delivered by other means to:**

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Virginia__

KATHERINE PAINTER

V.

BLUE RIDGE REGIONAL JAIL AUTHORITY, ET AL.

**NOTICE**

CASE NUMBER: 6:17CV00034

TYPE OF CASE:

☑ CIVIL  ☐ CRIMINAL

☐ TAKE NOTICE that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Hearing on Damages as to Pending Motion for Default Judgment

☑ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| U. S. District Court<br>1101 Court Street<br>Lynchburg, VA 24504 | 4/20/2018 1:30 pm | 5/9/2018 2:00 pm |

JULIA C. DUDLEY, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

4/19/2018
DATE

(BY) DEPUTY CLERK

TO:
Counsel of Record
Defendant Timothy Farrar