

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
1101 COURT STREET, SUITE A66
LYNCHBURG, VIRGINIA 24504

OFFICIAL BUSINESS

GREENSBORO
NC 274
20 APR '18
PM 7 L

NIXIE    274 FE 1    0004/24/18

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 24504459716    *3065-05497-25-35

24504>4597
24501-3552