# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# LYNCHBURG DIVISION

**KATHERINE PAINTER**

vs.

**CORRECTIONS OFFICER TIMOTHY FARRAR**

Action No:   6:17CV00034
Date:   5/9/2018
Judge:   Norman K. Moon
Court Reporter:   Tracey Aurelio
Deputy Clerk:   Fay Coleman

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Thomas Vaden Warren, Jr. | None Present |
| Bhavani K. Raveendran (by phone) | |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1.  Katherine Painter | 1. |

PROCEEDINGS:
Hearing on Damages as to #42 Motion for Default Judgment as to Defendant Farrar.   Comments by attorney Warren as to service.   Evidence presented as to damages.   The Court takes notice of the service papers in the record.   Argument by counsel.   Court advises that the usual place of abode for defendant Farrar needs to be determined.

Time in Court:   2:07 p.m. – 2:57 p.m. (50 minutes)