# UNITED STATES DISTRICT COURT

| WESTERN | DISTRICT OF | VIRGINIA |
|---|---|---|

KATHERINE PAINTER

V.

Corrections Officer Timothy Farrar

## EXHIBIT AND WITNESS LIST

Case Number: 6:17CV00034

| PRESIDING JUDGE<br>Norman K. Moon | | | PLAINTIFF'S ATTORNEY<br>Thomas Vaden Warren, Jr. | | DEFENDANT'S ATTORNEY<br>No one present | |
|---|---|---|---|---|---|---|
| TRIAL DATE (S)<br>5/9/2018 | | | COURT REPORTER<br>Tracey Aurelio | | COURTROOM DEPUTY<br>Fay Coleman | |
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| 1 | | 5/9/2018 | Y | Y | Portions of Transcript (Pages 104 to 165) (Painter) | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page I of ___1___ Pages