UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

---

| | |
|---|---|
| Katherine Painter; | ) |
|     Plaintiff, | ) |
| | ) |
| | )    No: 6:17-CV-00034 |
| v. | ) |
| | ) |
| | ) |
| Blue Ridge Regional Jail Authority; Corrections | ) |
| Officer Timothy Farrar, individually and as an | ) |
| Agent of the Blue Ridge Jail Authority; and | ) |
| Corrections Officer Pitts, individually and as an | ) |
| Agent of the Blue Ridge Jail Authority; | ) |
| | ) |
|     Defendants. | ) |

## **CERTIFICATE OF SERVICE**

I do hereby certify that on this 18th day of May, 2018, I electronically filed this Certificate of Service with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following individuals:

| | |
|---|---|
| Jim H. Guynn, Jr. (VSB # 22299) | Carlene Booth Johnson VSB No. 36473 |
| Guynn & Waddell, P.C. | Perry Law Firm |
| Counsel for Defendant Officer Pitts | A Professional Corporation |
| 415 S. College Avenue | Counsel for Defendant Blue Ridge Regional |
| Salem, Virginia 24153 | Jail Authority |
| Phone: 540-387-2320 | 262 Chellowe Road |
| Fax: 540-389-2350 | Dillwyn, Virginia 23936 |
| Email: jimg@guynnwaddell.com | tel: (434) 983-5005 |
| | fax: (434) 983-5021 |
| | email: perrylawfirm@hughes.net |

I further certify that on this 18th day of May, 2018, I sent this Certificate of Service, Plaintiff's Complaint at Law, Clerk's Entry of Default, Plaintiff's Motion for Entry of Default Judgment, and correspondence advising Defendant Timothy J. Farrar that **the Western District of Virginia will enter a judgment by default after 10 days of this mailing.** The foregoing documents were sent by First Class and Certified U.S. Mail from 321 N. Clark Street, Chicago, IL before 5:00pm on Wednesday, December 27, 2017:

Timothy Farrar
420 Westover Blvd
Lynchburg, VA 24501

                                              By: /s Bhavani Raveendran
                                                   Bhavani Raveendran
                                                   ROMANUCCI & BLANDIN
                                                   321 N. Clark St.; Ste 900
                                                   Chicago, IL 60654
                                                   Tel: (312) 458-1000
                                                   Fax: (312) 458-1004
                                                   braveendran@rblaw.net
                                                   Attorney No.: 6309968/ Ill.

                                                   T. Vaden Warren, Jr.
                                                   THE WARREN FIRM PLLC
                                                   516 Locust Ave.
                                                   Charlottesville, VA 22902
                                                   Tel: (434) 972-9090
                                                   Fax: (434) 972-9091
                                                   Email: vwarren@warren-law.com
                                                   VA Bar No.: 42004