

Bhavani K. Raveendran  
Direct Dial: (312) 253-8606  
Email: braveendran@rblaw.net

Friday, May 18, 2018

<u>*Via Certified & US Mail*</u>
Timothy J. Farrar
 420 Westover Blvd.
Lynchburg, VA 24501

     Re: Painter v. Farrar, Et al.
       Western District of Virginia Case No. 6:17-cv-00034

Mr. Farrar:

I represent Ms. Katherine Painter who filed the above-captioned case in the Western District of Virginia on April 17, 2017.

The clerk of court entered a default against you on November 8, 2017. Plaintiff filed her motion for Entry of Default Judgment on December 27, 2017.

A hearing was held on the entrance of a default judgment against you on May 9, 2018. During said hearing, evidence on the default and Ms. Painter's damages was presented to the Court. You did not appear on May 9, 2018 and have not filed an appearance in this matter.

**Please be advised, the Western District of Virginia will enter a judgment by default after 10 days of this mailing.**

Please see the following documents contained in this mailing:

 (1) Certificate of Service, filed May 18, 2018.
 (2) Plaintiff's Complaint at Law, filed April 17, 2017.
 (3) The Clerk's Entry of Default, filed November 8, 2017.
 (4) Plaintiff's Motion for Entry of Default Judgment, filed December 27, 2017.

ROMANUCCI & BLANDIN, LLC


 /s Bhavani K. Raveendran
   Bhavani K. Raveendran