CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
7/31/2018
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KATHERINE PAINTER,<br><br>           *Plaintiff*,<br><br>v.<br><br>BLUE RIDGE REGIONAL JAIL AUTHORITY, *ET AL.*,<br><br>           *Defendants*. | CASE NO. 6:17-cv-00034<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    Plaintiff Katherine Painter ("Plaintiff") has moved for default judgment against the lone remaining Defendant in this case, Timothy Farrar ("Defendant"). (Dkt. 42). Plaintiff's motion for default judgment against Defendant is **GRANTED**, and she is **AWARDED** judgment in the amount of $632,888 in compensatory damages and $100,000 in punitive damages. Upon Plaintiff's timely and proper motion the Court will award attorney's fees and costs. This case is **DISMISSED with PREJUDICE**.

    The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying findings of fact and conclusions of law to all counsel of record.

    Entered this  31st  day of July, 2018.

                                                                 NORMAN K. MOON
                                                                 SENIOR UNITED STATES DISTRICT JUDGE