IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KATHERINE PAINTER, ) | |
|     *Plaintiff* ) | |
| ) | |
| v. ) | CASE NO. 6:17-CV-00034 |
| ) | |
| BLUE RIDGE REGIONAL JAIL AUTHORITY ) | |
| ) | |
| and ) | |
| ) | |
| CORRECTIONS OFFICER TIMOTHY ) | |
| FARRAR, INDIVIDUALLY AND AS AN ) | |
| AGENT OF THE BLUE RIDGE REGIONAL ) | |
| JAIL AUTHORITY ) | |
| ) | |
| and ) | |
| ) | |
| CORRECTIONS OFFICER PITTS, ) | |
| INDIVIDUALLY AND AS AN AGENT OF THE ) | |
| BLUE RIDGE REGIONAL JAIL AUTHORITY,) | |
|     *Defendants*. ) | |

**RULE 60(b)(4) MOTION TO SET ASIDE DEFAULT JUDGMENT**

    COMES NOW the Defendant Timothy Wayne Farrar ("FARRAR"), by counsel appearing specially and in a limited capacity to challenge jurisdiction, and moves this Court to set aside the default judgment entered by this Court on DATE. In support of his motion, the Defendant asserts the following:

1. He was never served with process in the above-styled case.

2. This Court lacked jurisdiction to enter the default judgment against him.

3. The default judgment is void.

4. The default judgment must be set aside pursuant to F. R. C. P. Rule 60(b)(4).

5. Counsel for FARRAR contacted counsel for Plaintiff and requested agreement to set aside the default judgment and counsel for Plaintiff refused.

WHEREFORE Defendant Timothy Wayne Farrar moves this Court to set aside the default judgment pursuant to Rule 60(b)(4).

Respectfully submitted,

**TIMOTHY WAYNE FARRAR**
By Counsel

**JAMES RIVER LEGAL ASSOCIATES**
**7601 Timberlake Road**
**Lynchburg, Virginia 24502**
**P (434) 845-4529**
**F (434) 845-8536**

By: /s/ M. Paul Valois
    M. Paul Valois, Esquire
    Counsel for Defendant
    Virginia State Bar No. 72326

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

T. Vaden Warren, Jr., Esq.
THE WARREN FIRM, PC
516 Locust Avenue
Charlottesville, VA 22902
Phone: (434) 972-9090
Fax: (434) 972-9091
Email: vwarren@warren

*Counsel for Plaintiff Katherine Painter.*

Bhavani K. Raveendran
ROMANUCCI & BLANDIN
321 N. Clark Street, Ste. 900
Chicago, IL 60654
Phone: (312) 458-1000
Fax: (312) 458-1004
Email: braveendran@rblaw.net

Jim H. Guynn, Jr.
GUYNN & WADDELL, PC
415 S. College Avenue
Salem, VA 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email:jimg@guynnwaddell.com

*Counsel for Defendant Correctional Officer Pitts*

Carlene Booth Johnson
PERRY LAW FIRM
262 Chellowe Road
Dillwyn, VA 23936
Phone: (434) 983-5005
Fax: (434) 983-5021
Email: perrylawfirm@hughes.net

*Counsel for Blue Ridge Regional Jail Authority*

　　　　　　　_/s/ M. Paul Valois_
　　　　　　　　M. Paul Valois

-3-

Case 6:17-cv-00034-NKM-RSB   Document 64   Filed 08/16/18   Page 3 of 3   Pageid#: 472