# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| KATHERINE PAINTER,<br>  *Plaintiff*<br><br>v.<br><br>BLUE RIDGE REGIONAL JAIL AUTHORITY<br><br>and<br><br>CORRECTIONS OFFICER TIMOTHY<br>FARRAR, INDIVIDUALLY AND AS AN<br> AGENT OF THE BLUE RIDGE REGIONAL<br>JAIL AUTHORITY<br><br>and<br><br>CORRECTIONS OFFICER PITTS,<br>INDIVIDUALLY AND AS AN AGENT OF THE<br>BLUE RIDGE REGIONAL JAIL AUTHORITY,<br>  *Defendants.* | CASE NO. 6:17-CV-00034 |

## AFFIDAVIT IN SUPPORT OF RULE 60(b)(4) MOTION TO SET ASIDE DEFAULT JUDGMENT

COMES NOW the Defendant Timothy Wayne Farrar ("FARRAR") and after being duly sworn, does state following upon penalty of perjury:

1.  I am Timothy Wayne Farrar, a named defendant in the above-styled civil case.

2.  I have never been served with process in the above-styled civil case.

3.  I currently reside at 1323 Autumn Run Drive, Forest, Virginia 24551.

4.  I formerly resided at 420 Westover Boulevard, Lynchburg, Virginia 24501. I moved from that address in 2012 and have not resided at that address since then. That address was not my dwelling or usual place of abode at any after the above-styled civil action was filed.

5.  I formerly resided at 90 Weeping Willow Drive, Apartment J, Lynchburg, VA 24501. I

moved from that address on August 1, 2015 and have not resided at that address since then. That address was never my dwelling or my usual place of abode at any after the above-styled civil action was filed.

6. I moved from 90 Weeping Willow Drive, Apartment J, Lynchburg, VA 24501 to 11053 Falling Creek Road, Bedford, VA 24523 on August 1, 2015. I promptly notified my attorney, the court services pretrial supervisor and the Virginia DMV of my change in address.

7. I formerly resided at 11053 Falling Creek Road, Bedford, VA 24523. I left that address on August 1, 2016 and have not resided there since then. That address was never my dwelling or my usual place of abode at any after the above-styled civil action was filed.

8. I moved from 11053 Falling Creek Road, Bedford, VA 24523 to 1323 Autumn Run Road, Forest, VA 24551 on August 1, 2016. I still reside at that address. I promptly notified my attorney, the court services pretrial supervisor and the Virginia DMV of my change in address.

TIMOTHY WAYNE FARRAR

COMMONWEALTH OF VIRGINIA
City of _Lynchburg_, to-wit:

Subscribed and sworn to before me by _Timothy Wayne Farrar_ this _16th_ day of
_August_ 2018.

Notary Public

Notary Registration No.: 334317
My Commission Expires: 12/31/2020

-2-