PLAINTIFF'S EXHIBIT A

tabbies®

**Attorney Bhavani Raveendran**

| Date of Billing | Individual | Hours | Explanation |
|---|---|---|---|
| 4/29/2016 | Bhavani K. Raveendran | 0.3 | Review of Case records and conference with referring attorney. |
| 5/2/2016 | Bhavani K. Raveendran | 0.5 | Research into potential claims and 1983 actions |
| 5/3/2016 | Bhavani K. Raveendran | 0.2 | Phone conference with co-counsel regarding case strategy and plan. |
| 5/4/2016 | Bhavani K. Raveendran | 0.6 | Teleconference with attorneys on case re investigation |
| 5/12/2016 | Bhavani K. Raveendran | 0.2 | Teleconference with attorneys re investigation |
| 5/31/2016 | Bhavani K. Raveendran | 0.5 | Teleconference with Client |
| 6/1/2016 | Bhavani K. Raveendran | 0.6 | Emails to co-counsel regarding case materials, preparation of initial client materials |
| 10/28/2016 | Bhavani K. Raveendran | 0.2 | Conference regarding case strategy |
| 11/14/2016 | Bhavani K. Raveendran | 0.1 | Email to co-counsel |
| 11/17/2016 | Bhavani K. Raveendran | 0.2 | Email to co-counsel and review of news coverage re case |
| 11/18/2016 | Bhavani K. Raveendran | 0.1 | Review of Investigative documents |
| 12/6/2016 | Bhavani K. Raveendran | 0.1 | Email re reviewing medical records |
| 2/16/2017 | Bhavani K. Raveendran | 0.4 | Teleconference with co-counsel |
| 2/16/2017 | Bhavani K. Raveendran | 0.1 | Notes added |
| 2/20/2017 | Bhavani K. Raveendran | 0.6 | Research for drafting complaint |
| 2/20/2017 | Bhavani K. Raveendran | 0.1 | Scheduling and filing requirements |
| 3/1/2017 | Bhavani K. Raveendran | 0.5 | Teleconference with client |
| 3/15/2017 | Bhavani K. Raveendran | 1.2 | Review of Documents to draft complaint |
| 3/16/2017 | Bhavani K. Raveendran | 0.1 | Drafting of additional FOIA requests |
| 3/23/2017 | Bhavani K. Raveendran | 0.1 | Review of Attorney-Client Agreement-2105.pdf. |
| 3/24/2017 | Bhavani K. Raveendran | 0.5 | Preparation for review and email to co-counsel |
| 3/24/2017 | Bhavani K. Raveendran | 0.9 | E-Mail to co counsel |
| 3/24/2017 | Bhavani K. Raveendran | 0.9 | Case review & research |
| 4/4/2017 | Bhavani K. Raveendran | 0.1 | E-Mail |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/7/2017 | Bhavani K. Raveendran | 0.6 | Review of Trial transcripts for draft of complaint |
| 4/10/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel re research on state claims |
| 4/11/2017 | Bhavani K. Raveendran | 0.4 | Review of Complaint and Pro Hac Vice motions |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of CAL-19089.docx. |
| 4/11/2017 | Bhavani K. Raveendran | 0.2 | Review of Farrar Interview-10955.docx. |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Reivew of trial transcript |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Reivew of trial transcript |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of Medical Records-13171.pdf. |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of Medical Records-13171.pdf. |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of painter records 41615 to 31717-13523.zip. |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of painter records 41615 to 31717-13523.zip. |
| 4/11/2017 | Bhavani K. Raveendran | 0.1 | Review of CAL-19089.docx. |
| 5/2/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 5/17/2017 | Bhavani K. Raveendran | 0.6 | research into defendants |
| 5/17/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/5/2017 | Bhavani K. Raveendran | 0.6 | Drafting of Motion to extend time to serve |
| 6/5/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/5/2017 | Bhavani K. Raveendran | 0.1 | email regarding service |
| 6/5/2017 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 6/5/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/5/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/8/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel regarding Pro hac vice motions |
| 6/8/2017 | Bhavani K. Raveendran | 0.1 | pro hac vice motions |
| 6/13/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendant's Pitts' Motion to Dismiss-13939.pdf. |
| 6/13/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendat Pitts' Memorandum in Support of Motion to Dismiss-13940.pdf. |
| 6/13/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendat Pitts' Memorandum in Support of Motion to Dismiss-13940.pdf. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/13/2017 | Bhavani K. Raveendran | 0.6 | Motions to dismiss, drafting, research |
| 6/13/2017 | Bhavani K. Raveendran | 0.4 | Prep of pro hac vice motions |
| 6/13/2017 | Bhavani K. Raveendran | 0.1 | Email to court |
| 6/14/2017 | Bhavani K. Raveendran | 1.1 | Outlining motion to dismiss draft |
| 6/14/2017 | Bhavani K. Raveendran | 0.2 | Review of CAL-19089.docx. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Motion - Blank Caption |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption - 13967.docx. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of CAL-19089.docx. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of CAL-19089.docx. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption - 13967.docx. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendant's Pitts' Motion to Dismiss-13939.pdf. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion to Dismiss by The Blue Ridge Regional Jail Authority-13941.pdf. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendat Pitts' Memorandum in Support of Motion to Dismiss-13940.pdf. |
| 6/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Exhibit 2 Memorandum in Support of Motion to Dismiss by BRRJA-13948.pdf. |
| 6/16/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/16/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 6/16/2017 | Bhavani K. Raveendran | 1.5 | Outlining second motion to dismiss draft |
| 6/16/2017 | Bhavani K. Raveendran | 0.5 | prep of initial scheduling order |
| 6/16/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption - 13967.docx. |
| 6/16/2017 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 6/19/2017 | Bhavani K. Raveendran | 0.5 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption - 13967.docx. |

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 6/19/2017 | Bhavani K. Raveendran | 0.3 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Review of Pitts motion to dismiss draft-13972.docx. |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption -13967.docx. |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/19/2017 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 6/19/2017 | Bhavani K. Raveendran | 0.3 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 6/20/2017 | Bhavani K. Raveendran | 0.3 | Review of draft 2 motion to dismiss PITTS-13980.docx. |
| 6/20/2017 | Bhavani K. Raveendran | 0.3 | Review of draft 2 motion to dismiss PITTS-13980.docx. |
| 6/20/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.2 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.4 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.2 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.5 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/20/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |

| Date | Name | Hours | Description |
|---|---|---|---|
| 6/21/2017 | Bhavani K. Raveendran | 0.1 | Review of draft 2 motion to dismiss PITTS-13980.docx. |
| 6/21/2017 | Bhavani K. Raveendran | 0.9 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 6/21/2017 | Bhavani K. Raveendran | 0.2 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/21/2017 | Bhavani K. Raveendran | 0.5 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of 6_14_2017 blue sheet & order-20118.pdf. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of PITTS M2D Exhibits-14009.zip. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of draft 2 motion to dismiss PITTS-13980.docx. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion - Blank Caption -13967.docx. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of PREA Reports-13975.zip. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of 6_14_2017 blue sheet & order-20118.pdf. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss-Research/Writing |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of Monell Motion to Dismiss argument drafts-13971.docx. |
| 6/22/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 6/22/2017 | Bhavani K. Raveendran | Review of draft 2 motion to dismiss PITTS-13980.docx. | 0.2 |
| 6/22/2017 | Bhavani K. Raveendran | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Review of BRRJ M2D Exhibits-14014.zip. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Review of PITTS M2D Exhibits-14013.zip. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Review of PITTS M2D Exhibits-14013.zip. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Review of BRRJ M2D Exhibits-14014.zip. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Review of BRRJ M2D Exhibits-14014.zip. | 0.1 |
| 6/22/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.3 |
| 6/22/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.3 |
| 6/22/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.6 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Review of BRRJ M2D Exhibits-14014.zip. | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Review of PITTS M2D Exhibits-14013.zip. | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Review of PITTS M2D Exhibits-14013.zip. | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Review of Filed CAL-19089.pdf. | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Email to opposing counsel | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |
| 6/23/2017 | Bhavani K. Raveendran | Preparation of Response to Motion to Dismiss-Research/Writing | 0.1 |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/23/2017 | Bhavani K. Raveendran | 1.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Review of PITTS M2D Exhibits-14013.zip. |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Review of PITTS M2D Exhibits-14013.zip. |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/23/2017 | Bhavani K. Raveendran | 0.1 | Preparation of Response to Motion to Dismiss- Research/Writing |
| 6/26/2017 | Bhavani K. Raveendran | 0.2 | Preparation of intitial status report |
| 7/5/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel re trial dates |
| 7/5/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/6/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 7/6/2017 | Bhavani K. Raveendran | 0.1 | research into request to court for hearing on motion to dismiss |
| 7/7/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/7/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/7/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/7/2017 | Bhavani K. Raveendran | 0.6 | Email to cocounsel re service, research into service rules |
| 7/7/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/11/2017 | Bhavani K. Raveendran | 1.2 | drafting motion to extend service on Farrar |
| 7/11/2017 | Bhavani K. Raveendran | 0.1 | Email to cocounsel |
| 7/11/2017 | Bhavani K. Raveendran | 0.8 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 7/12/2017 | Bhavani K. Raveendran | 1.3 | Preparation of initial disclosures |
| 7/12/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Resp to BlueRidge M2Dismiss- 13969.docx. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/12/2017 | Bhavani K. Raveendran | 0.4 | research regarding motion to extend |
| 7/12/2017 | Bhavani K. Raveendran | 0.8 | Research and drafting motion to extend |
| 7/12/2017 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 7/13/2017 | Bhavani K. Raveendran | 0.4 | Review of 6_14_2017 blue sheet & order-20118.pdf. |
| 7/13/2017 | Bhavani K. Raveendran | 0.4 | Review of 6_14_2017 blue sheet & order-20118.pdf. |
| 7/13/2017 | Bhavani K. Raveendran | 0.3 | Review of RE Painter- Summons - 88166.msg. |
| 7/13/2017 | Bhavani K. Raveendran | 0.3 | Review of RE Painter, Katherine v. Blue Ridge RJA (File 16-000406) - 81040.msg. |
| 7/13/2017 | Bhavani K. Raveendran | 0.3 | Review of RE Activity in Case 617-cv-00034-NKM Painter v. Blue Ridge Regional Jail Authority et al Complaint - 81510.msg. |
| 7/13/2017 | Bhavani K. Raveendran | 0.2 | Review of RE Activity in Case 617-cv-00034-NKM Painter v. Blue Ridge Regional Jail Authority et al Complaint - 81510.msg. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of VA PREA operating procedure-13981-.pdf. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of PREA Reports-13975-.zip. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Commonwealth v. 2 Farrar, Timothy-11310.pdf. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Farrar Interview-10955.docx. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Treaters List for Katherine Painter-13165.docx. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of medical records |

| Date | Name | Hours | Description |
|---|---|---|---|
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Trial transcripts |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Trial transcripts |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | email to court |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | email re summons |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Email to court |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of B. Raveendran Appearance-20250.pdf. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Def Pitts Rule 26 initial disclosures_7-14-17 (00219236xA5C36)-12177.pdf. |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Proposed Order 7.14.17-20471.docx. |
| 7/14/2017 | Bhavani K. Raveendran | 1.3 | Preparation of initial disclosures |
| 7/14/2017 | Bhavani K. Raveendran | 0.1 | Email to opposing counsel |
| 7/17/2017 | Bhavani K. Raveendran | 0.1 | email to co counsel |
| 7/17/2017 | Bhavani K. Raveendran | 0.1 | email to co counsel |
| 7/17/2017 | Bhavani K. Raveendran | 0.1 | email re service |
| 7/19/2017 | Bhavani K. Raveendran | 0.2 | Email to co-counsel |
| 8/14/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Resp to Deft Pitts M2Dismiss- Final-14015.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Ex 1, 3 to 16, 19 to 25-14110.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of BRRJ M2D Exhibits-14014.zip. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of PITTS M2D Exhibits-14013.zip. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 8/15/2017 | Bhavani K. Raveendran | 0.7 | Review of Memorandum in Support of Motion to Dismiss by BRRJA-13946.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Exhibit 1 Memoradum in Support of Motion to Dismiss BRRJA-13947.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Exhibit 2 Memorandum in Support of Motion to Dismiss by BRRJA-13948.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion to Dismiss by The Blue Ridge Regional Jail Authority-13941.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendant's Pitts' Motion to Dismiss-13939.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.7 | Review of Defendat Pitts' Memorandum in Support of Motion to Dismiss-13940.pdf. |
| 8/15/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 8/17/2017 | Bhavani K. Raveendran | 1.1 | Hearing on Motion to Dismiss |
| 8/17/2017 | Bhavani K. Raveendran | 0.1 | Review of 7_24_20174 blue sheet & order-20825.pdf. |
| 8/17/2017 | Bhavani K. Raveendran | 0.1 | Review of 7_18_20217 blue sheet & order-20540.pdf. |
| 8/17/2017 | Bhavani K. Raveendran | 0.1 | Review of 6_9_2017 blue sheet-20066.pdf. |
| 8/17/2017 | Bhavani K. Raveendran | 0.1 | Review of 6_14_2017 blue sheet & order-20118.pdf. |
| 8/17/2017 | Bhavani K. Raveendran | 1.6 | Meeting with Client |
| 8/18/2017 | Bhavani K. Raveendran | 0.4 | Review of Case & Notes |
| 8/18/2017 | Bhavani K. Raveendran | 0.1 | Research re amended complaint |
| 8/28/2017 | Bhavani K. Raveendran | 0.7 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 8/28/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 8/28/2017 | Bhavani K. Raveendran | 0.1 | Drafting Motion to Serve Farrar |
| 8/28/2017 | Bhavani K. Raveendran | 0.1 | Drafting Motion to Serve Farrar |
| 8/28/2017 | Bhavani K. Raveendran | 0.3 | Drafting Motion to Serve Farrar |

| Date | Name | Hours | Description |
|---|---|---|---|
| 9/3/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 9/3/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 9/3/2017 | Bhavani K. Raveendran | 0.1 | Review of P's Memorandum in Support of Resp to BRRJA M2D-14017.docx. |
| 9/12/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 9/20/2017 | Bhavani K. Raveendran | 0.3 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 9/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 9/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 10/16/2017 | Bhavani K. Raveendran | 0.1 | Notes added |
| 10/22/2017 | Bhavani K. Raveendran | 0.1 | Review of 9_14_2017 blue sheet & order-21446.pdf. |
| 10/22/2017 | Bhavani K. Raveendran | 0.1 | Review of 8_29_2017 blue sheet & order-21134.pdf. |
| 10/22/2017 | Bhavani K. Raveendran | 0.1 | Review of 9_14_2017 blue sheet & order-21446.pdf. |
| 10/25/2017 | Bhavani K. Raveendran | 0.1 | Review of Farrar - affidavit of nonservice 10.20.17-21823.pdf. |
| 10/25/2017 | Bhavani K. Raveendran | 0.1 | Review of 9_14_2017 blue sheet & order-21446.pdf. |
| 10/30/2017 | Bhavani K. Raveendran | 0.6 | Conference Call regarding Case with co-counsel |
| 11/1/2017 | Bhavani K. Raveendran | 17.2 | Review of Motion for Default-14619.docx. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 11/2/2017 | Bhavani K. Raveendran | 0.2 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of FW Posting affidavit - Farrar -107297.msg. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Resp to Deft Pitts M2Dismiss- Final-14015.docx. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendant's Pitts' Motion to Dismiss-13939.pdf. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Proposed Order 7.14.17-20471.docx. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Summons Officer Timothy Farrar-21873.pdf. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Summons Officer Timothy Farrar-21873.pdf. |
| 11/2/2017 | Bhavani K. Raveendran | 0.1 | Review of Farrar - affidavit of nonservice 10.20.17-21823.pdf. |
| 11/7/2017 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 11/7/2017 | Bhavani K. Raveendran | 1.3 | Drafting Motion for default |
| 11/7/2017 | Bhavani K. Raveendran | 0.1 | tx1 |
| 11/7/2017 | Bhavani K. Raveendran | 2.1 | Drafting Motion for Default |
| 11/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 11/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Ps Resp to BlueRidge M2Dismiss-13969.docx. |
| 11/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Memorandum in Support of Motion to Dismiss by BRRJA-13946.pdf. |
| 11/20/2017 | Bhavani K. Raveendran | 0.1 | Review of Memorandum in Support of Motion to Dismiss by BRRJA-13946.pdf. |
| 11/22/2017 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 11/22/2017 | Bhavani K. Raveendran | 0.4 | edits to motion for default judgment |
| 11/22/2017 | Bhavani K. Raveendran | 0.1 | email to co-counsel |
| 12/10/2017 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 12/10/2017 | Bhavani K. Raveendran | 0.1 | Review of Defendat Pitts' Memorandum in Support of Motion to Dismiss-13940.pdf. |
| 12/26/2017 | Bhavani K. Raveendran | 0.3 | Review of Motion for Default-14619.docx. |

| | | |
|---|---|---|
| 12/26/2017 | Bhavani K. Raveendran | 0.2 | Review of Entry of Default 11.2.17-14670.docx. |
| 12/26/2017 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 12/26/2017 | Bhavani K. Raveendran | 0.1 | Review of 11_8_2017 blue sheet & order-22190.pdf. |
| 12/26/2017 | Bhavani K. Raveendran | 0.2 | Review of CAL-19089.docx. |
| 12/26/2017 | Bhavani K. Raveendran | 0.2 | Review of CAL-19089.docx. |
| 12/26/2017 | Bhavani K. Raveendran | 0.2 | Review of Entry of Default 11.2.17-14670.docx. |
| 12/27/2017 | Bhavani K. Raveendran | 0.1 | email to court |
| 12/27/2017 | Bhavani K. Raveendran | 0.1 | email to court |
| 1/29/2018 | Bhavani K. Raveendran | 0.1 | E-Mail to co counsel |
| 1/29/2018 | Bhavani K. Raveendran | 0.1 | E-Mail to co counsel |
| 4/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Def Pitts Rule 26 initial disclosures_7-14-17 (00219236xA5C36)-12177.pdf. |
| 4/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff 26(a)(1) Disclosures-Painter v. Blue Ridge-12175.docx. |
| 4/9/2018 | Bhavani K. Raveendran | 0.4 | drafted affidavit for hearing |
| 4/16/2018 | Bhavani K. Raveendran | 1.4 | Preparation for Hearing |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of 1_4_2018 order-22828.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of 11_8_2017 blue sheet & order-22190.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Farrar - affidavit of nonservice 10.20.17-21823.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Ex 1, 3 to 16, 19 to 25-14110.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Def Pitts Rule 26 initial disclosures_7-14-17 (00219236xA5C36)-12177.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of BRRJAInitialDisclosures-12176.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Def Pitts Rule 26 initial disclosures_7-14-17 (00219236xA5C36)-12177.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Farrar Interview-10955.docx. |
| 4/17/2018 | Bhavani K. Raveendran | 0.1 | Review of Farrar - affidavit of nonservice 10.20.17-21823.pdf. |
| 4/17/2018 | Bhavani K. Raveendran | 0.2 | Research for Jury INstructions |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Draft Affidavit for Painter Doctor-24971.docx. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 6_9_2017 blue sheet-20066.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 7_10_2017 blue sheet & order-20539.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 7_18_20217 blue sheet & order-20540.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 7_24_20174 blue sheet & order-20825.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 7_24_20174 blue sheet & order-20825.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 8_29_2017 blue sheet & order-21134.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 9_14_2017 blue sheet & order-21446.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 11_8_2017 blue sheet & order-22190.pdf. |
| 4/18/2018 | Bhavani K. Raveendran | 0.1 | Review of 1_4_2018 order-22828.pdf. |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/18/2018 | Bhavani K. Raveendran | 1.2 | Review of Commonwealth v. Farrar Timothy Pt. 1 of 2-78005.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of Timothy Farrar certified enevolope-80928.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of Painter Katherine - Lynchburg Adult Detention Center-78051.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of 1_4_2018 order-22828.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of 11_8_2017 blue sheet & order-22190.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of 1_4_2018 order-22828.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 0.1 | Review of 11_8_2017 blue sheet & order-22190.pdf. |
| 4/19/2018 | Bhavani K. Raveendran | 1.2 | Teleconference with Clients family re damages hearing |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | E-Mail to co counsel |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Timothy Farrar certified enevolope-80928.pdf. |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Painter Katherine - Lynchburg Adult Detention Center-78051.pdf. |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 5/7/2018 | Bhavani K. Raveendran | 0.1 | Review of Filed CAL-19089.pdf. |
| 5/8/2018 | Bhavani K. Raveendran | 0.75 | Preparation with Client re Hearing on Damages |
| 5/8/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Default-14619.docx. |
| 5/9/2018 | Bhavani K. Raveendran | 0.5 | Preparation with Client re Hearing on Damages |
| 5/9/2018 | Bhavani K. Raveendran | 1.1 | Telephonic Appearance at Hearing on Damages |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Email to cocounsel |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Email to cocounsel |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Review of Notes for Default Hearing-25072.docx. |
| 5/9/2018 | Bhavani K. Raveendran | 0.1 | Email to cocounsel |
| 5/9/2018 | Bhavani K. Raveendran | 0.2 | email re service |
| 5/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Def Pitts Rule 26 initial disclosures_7-14-17 (00219236xA5C36)-12177.pdf. |
| 5/18/2018 | Bhavani K. Raveendran | 0.3 | Review of Motion for Extension of Time to Serve 8.28.17-14321.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.2 | Review of Motion for Default-14619.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Painter Hearing Ex A-15663.pdf. |
| 5/18/2018 | Bhavani K. Raveendran | 0.2 | Review of Notes for Default Hearing-25072.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Entry of Default 11.2.17-14670.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.1 | Review of Plaintiff's Memorandum in Support of Resp to Pitts M2D-14016.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.4 | Review of Motion for Extension to Serve Deft Farrar-14072.docx. |
| 5/18/2018 | Bhavani K. Raveendran | 0.4 | Review of Motion for Default-14619.docx. |
| 5/20/2018 | Bhavani K. Raveendran | 0.1 | Review of Expense Report-4100.docx. |
| 7/31/2018 | Bhavani K. Raveendran | 0.1 | Email to cocounsel |
| 8/12/2018 | Bhavani K. Raveendran | 0.1 | Email to counsel |

| Date | Name | Description | Hours |
|---|---|---|---|
| 8/13/2018 | Bhavani K. Raveendran | Review of Painter- Motion for Default-15689.pdf. | 0.1 |
| 8/13/2018 | Bhavani K. Raveendran | Review of Motion for Extension to Serve Deft Farrar-14072.docx. | 0.1 |
| 8/14/2018 | Bhavani K. Raveendran | Email to opposing counsel regarding default judgment | 0.1 |
| | **Total Hours** | | **93.05** |
| | **Total re Prevailing Claims** | | **73.15** |
| | | | |
| **Law Clerk Sarah King** | | | |
| 6/14/2017 | Sarah E. King | Research - Motion to Dismiss Response | 3 |
| 6/15/2017 | Sarah E. King | Research - Motion to Dismiss Response | 3 |
| 6/16/2017 | Sarah E. King | research and drafting - motion to dismiss responses | 3 |
| 6/17/2017 | Sarah E. King | research and drafting - motion to dismiss responses | 3 |
| 6/20/2017 | Sarah E. King | research and drafting - motion to dismiss responses | 5 |
| 6/21/2017 | Sarah E. King | research and drafting - motion to dismiss responses | 3 |
| 6/22/2017 | Sarah E. King | compiling exhibits for motion to dismiss responses final edits to motion to dismiss responses | 3 |
| 4/19/2018 | Sarah E. King | assistance for preparation of direct examination, preparation of witness | 2 |
| | **Total Hours** | | **25** |
| | **Total re Prevailing Claims** | | **2** |
| | | | |
| **Co-counsel Vaden Warren** | | | |
| 3/24/2017 | Vaden Warren | PC with attorney about case and workign on it; email review. | 0.4 |
| 3/27/2017 | Vaden Warren | review of FOIA requests | 0.2 |
| 11-Apr | Vaden Warren | email review, initial review of complaint | 0.2 |
| 4/12/2017 | Vaden Warren | reviw of Complaint and modifications | 1 |
| 4/14/2017 | Vaden Warren | Preparation of Complaint, Filing of Complaint | 0.6 |

| Date | Name | Hours | Description |
|---|---|---|---|
| 4/19/2017 | Vaden Warren | 0.1 | email review |
| 5/2/2017 | Vaden Warren | 0.1 | email review |
| 5/10/2017 | Vaden Warren | 0.4 | email review, review and filing of summons |
| 5/15/2017 | Vaden Warren | 0.2 | work on motion |
| 5/17/2017 | Vaden Warren | 0.1 | email review |
| 6/5/2017 | Vaden Warren | 0.2 | email with co-counsel |
| 6/6/2017 | Vaden Warren | 0.3 | work on service |
| 6/7/2017 | Vaden Warren | 0.2 | review of filings |
| 6/8/2017 | Vaden Warren | 0.1 | email and service review |
| 6/10/2017 | Vaden Warren | 1.2 | review of defendant's motions |
| 6/12/2017 | Vaden Warren | 0.2 | email review, motion review |
| 6/13/2017 | Vaden Warren | 0.7 | email, motion review and filing, |
| 6/14/2017 | Vaden Warren | 0.4 | Review of Pretrial Order and deadline review |
| 6/16/2017 | Vaden Warren | 0.2 | email with co-counsel |
| 6/19/2017 | Vaden Warren | 0.3 | emaisl with co-counsel, review of Plaintiff's attempted service |
| 6/20/2017 | Vaden Warren | 0.3 | emails with co-counsel |
| 6/21/2017 | Vaden Warren | 0.4 | Pretrial Order Deadlines and modification |
| 6/23/2017 | Vaden Warren | 3.9 | Review of Motions, changes to pre-trial order, emails with defense attorneys, filing of motions |
| 6/26/2017 | Vaden Warren | 0.1 | email review |
| 6/28/2017 | Vaden Warren | 0.1 | email |
| 6/29/2017 | Vaden Warren | 0.2 | review filings |
| 6/30/2017 | Vaden Warren | 0.6 | review filings |
| 7/2/2017 | Vaden Warren | 0.1 | email |
| 7/5/2017 | Vaden Warren | 0.2 | email |
| 7/6/2017 | Vaden Warren | 0.3 | email |
| 7/7/2017 | Vaden Warren | 0.6 | emails with co-counsel, email with opposing counsel |
| 7/10/2017 | Vaden Warren | 0.4 | notice review, email counsel |
| 7/11/2017 | Vaden Warren | 0.1 | email |
| 7/12/2017 | Vaden Warren | 0.3 | review of motions |
| 7/13/2017 | Vaden Warren | 0.3 | filing of motions |
| 7/14/2017 | Vaden Warren | 1.1 | review motions and proposed order |
| 7/18/2017 | Vaden Warren | 0.1 | review notice |
| 7/24/2017 | Vaden Warren | 0.2 | review order |
| 8/17/2017 | Vaden Warren | 4.5 | travel to hearing meeting with co-counsel |

| Date | Name | Hours | Description |
|---|---|---|---|
| 8/18/2017 | Vaden Warren | 0.1 | email |
| 8/28/2017 | Vaden Warren | 0.2 | filling review |
| 8/30/2017 | Vaden Warren | 0.9 | review of opinion |
| 9/14/2017 | Vaden Warren | 0.1 | review of order |
| 10/26/2017 | Vaden Warren | 0.2 | revew filings |
| 11/2/2017 | Vaden Warren | 0.3 | email and service review |
| 11/7/2017 | Vaden Warren | 0.3 | filing review |
| 11/8/2017 | Vaden Warren | 0.1 | filing review |
| 11/20/2017 | Vaden Warren | 0.1 | filing review |
| 11/28/2017 | Vaden Warren | 0.8 | review of default motion |
| 12/27/2017 | Vaden Warren | 0.2 | review of filings |
| 1/2/2018 | Vaden Warren | 0.2 | email re: scheduling |
| 1/3/2018 | Vaden Warren | 0.1 | email re: scheduling |
| 1/4/2018 | Vaden Warren | 0.3 | setting default hearing, review of notice |
| 1/8/2018 | Vaden Warren | 0.1 | filing review |
| 1/10/2018 | Vaden Warren | 0.1 | filing review |
| 1/16/2017 | Vaden Warren | 0.2 | filing review |
| 1/29/2017 | Vaden Warren | 0.1 | contact with co-counsel |
| 2/1/2018 | Vaden Warren | 0.4 | email co-counsel, review default |
| 4/9/2018 | Vaden Warren | 0.4 | document review |
| 4/12/2018 | Vaden Warren | 0.4 | call with co-counsel, review |
| 4/13/2018 | Vaden Warren | 0.2 | order review |
| 4/16/2018 | Vaden Warren | 0.4 | email with co-counsel, preparation of hearing |
| 4/17/2018 | Vaden Warren | 0.8 | emails and jury instructions |
| 4/19/2017 | Vaden Warren | 4.1 | emails and hearing prep, rescheduling hearing |
| 4/20/2018 | Vaden Warren | 0.1 | filing review |
| 4/26/2017 | Vaden Warren | 0.1 | filing review |
| 5/8/2017 | Vaden Warren | 2.9 | preparation for hearing, email review |
| 5/9/2017 | Vaden Warren | 5 | travel to hearing meeting with co-counsel; hearing |
| 5/18/2018 | Vaden Warren | 0.1 | filing review |
| 7/31/2018 | Vaden Warren | 1 | filings review, emails with co-counsel |
| | **Total Hours** | **41.2** | |
| | **Total re Prevaling Claims** | **31.2** | |