# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## LYNCHBURG DIVISION

CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
08/23/2018
JULIA C. DUDLEY, CLERK
BY: s/ F. COLEMAN
   DEPUTY CLERK

KATHERINE PAINTER,
          *Plaintiff,*

v.

BLUE RIDGE REGIONAL JAIL AUTHORITY, *ET AL.*,
          *Defendants.*

CASE NO. 6:17-cv-00034

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Defendant Timothy Wayne Farrar's Motion to Set Aside Judgment pursuant to Federal Rule of Civil Procedure 60(b)(4). (Dkt. 64). The Plaintiff is **ORDERED** to respond to Defendant's motion within seven days of this Order. Defendant shall file any reply within seven days of Plaintiff's response.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  23rd  day of August, 2018.

                                              NORMAN K. MOON
                                              SENIOR UNITED STATES DISTRICT JUDGE