UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

----------------------------------------------------------------------------------------------------------

| | |
|---|---|
| Katherine Painter; | ) |
|     Plaintiff, | ) |
| | ) |
| | ) No: 6:17-CV-00034 |
| v. | ) |
| | ) |
| | ) |
| Blue Ridge Regional Jail Authority; Corrections | ) |
| Officer Timothy Farrar, individually and as an | ) |
| Agent of the Blue Ridge Jail Authority; and | ) |
| Corrections Officer Pitts, individually and as an | ) |
| Agent of the Blue Ridge Jail Authority; | ) |
| | ) |
|     Defendants. | ) |

_____

**PLAINTIFF'S RESPONSE TO DEFENDANT TIMOTHY FARRAR'S RULE 60(b)(4) MOTION TO SET ASIDE DEFAULT JUDGMENT**

NOW COME(S) the Plaintiff, Katherine Painter, by and through her attorneys, THE WARREN FIRM PLLC and ROMANUCCI & BLANDIN, LLC, and files this Response to Defendant Timothy Farrar's Rule 60(b)(4) Motion to Set Aside Default Judgment.

                                                  Respectfully submitted,

                                                  By:____/s Bhavani Raveendran_____
                                                        Bhavani Raveendran

                                                   Attorney for Plaintiff
                                                 T. Vaden Warren, Jr.
                                                 THE WARREN FIRM PLLC
                                                 516 Locust Ave.
                                                 Charlottesville, VA 22902
                                                 Tel: (434) 972-9090
                                                 Fax: (434) 972-9091
                                                 Email: vwarren@warren-law.com
                                                 VA Bar No.: 42004

                                                 Bhavani Raveendran
                                                 ROMANUCCI & BLANDIN
                                                 321 N. Clark St.; Ste 900
                                                 Chicago, IL  60654
                                                 Tel: (312) 458-1000

1

Fax: (312) 458-1004
Email: braveendran@rblaw.net
Attorney No.: 6309968/ Ill.

## CERTIFICATE OF SERVICE

I do hereby certify that on this 29th day of August, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jim H. Guynn, Jr. (VSB # 22299)
Guynn & Waddell, P.C.
Counsel for Defendant Officer Pitts
415 S. College Avenue
Salem, Virginia 24153
Phone: 540-387-2320
Fax: 540-389-2350
Email: jimg@guynnwaddell.com

Carlene Booth Johnson VSB No. 36473
Perry Law Firm
A Professional Corporation
Counsel for Defendant Blue Ridge Regional Jail Authority
262 Chellowe Road
Dillwyn, Virginia 23936
Phone: (434) 983-5005
Fax: (434) 983-5021
Email: perrylawfirm@hughes.net

M. Paul Valois, Esquire
JAMES RIVER LEGAL ASSOCIATES
Counsel for Defendant Farrar
7601 Timberlake Road
Lynchburg, Virginia 24502
Phone: (434) 845-4529
Fax: (434) 845-8536
Email: mvalois@vbclegal.com

By:___/s Bhavani Raveendran_____
      Bhavani Raveendran

Bhavani Raveendran
ROMANUCCI & BLANDIN
321 N. Clark St.; Ste 900
Chicago, IL 60654
Tel: (312) 458-1000
Fax: (312) 458-1004

2