# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF VIRGINIA

---

| | |
|---|---|
| Katherine Painter; | ) |
|     Plaintiff, | ) |
| | ) |
| | )   No: 6:17-CV-00034 |
| v. | ) |
| | ) |
| | ) |
| Blue Ridge Regional Jail Authority; Corrections Officer Timothy Farrar, individually and as an Agent of the Blue Ridge Jail Authority; and Corrections Officer Pitts, individually and as an Agent of the Blue Ridge Jail Authority; | ) ) ) ) ) ) |
| | ) |
|     Defendants. | ) |

---

## RULE 26(f) SCHEDULING ORDER

    Counsel for the parties prepared the following report regarding the parties' Requested Modifications to Scheduling Order. On February 25, 2019, counsel for Plaintiff, Bhavani Raveendran, and counsel for Defendant Farrar, Christopher F. Quirk, held a Rule 26(f) teleconference and came to agreement on the dates listed below. The parties request the initial Scheduling Order be modified to reflect the following:

**INITIAL DISCLOSURES:**     30 DAYS FROM THIS ORDER

**PLAINTIFF'S INITIAL EXPERT DISCLOSURE:**  180 DAYS BEFORE TRIAL DATE.

**DEFENDANTS' INITIAL EXPERT DISCLOSURE:** 150 DAYS BEFORE TRIAL DATE.

**DEADLINE TO COMPLETE DISCOVERY:**     90 DAYS BEFORE TRIAL

**DEADLINE TO FILE DISPOSITIVE MOTIONS:** 75 DAYS BEFORE TRIAL

**DEADLINE FOR HEARING ON DISPOSITIVE MOTIONS:**  45 DAYS BEFORE TRIAL

**TRIAL DATE:**     SEPTEMBER 21-30, 2020

Respectfully submitted,

By: /s Bhavani Raveendran

Attorneys for Plaintiff

T. Vaden Warren, Jr.
THE WARREN FIRM PLLC
516 Locust Ave.
Charlottesville, VA 22902
Tel: (434) 972-9090
Fax: (434) 972-9091
Email: vwarren@warren-law.com
VA Bar No.: 42004

Bhavani Raveendran
ROMANUCCI & BLANDIN

321 N. Clark St.; Ste 900

Chicago, IL 60654

Tel: (312) 458-1000

Fax: (312) 458-1004

Email: braveendran@rblaw.net

Attorney No.: 6309968/ Ill.