IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| KATHERINE PAINTER, : | |
| *Plaintiff* : | |
| v. : | CASE NO.: 6:17-cv-34 |
| : | |
| BLUE RIDGE REGIONAL JAIL, *et al* : | Hon. Norman K. Moon |
| *Defendants*. : | |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW M. Paul Valois, counsel appearing specially on behalf of defendant Timothy Wayne Farrar, Jr. and moves for leave to withdraw pursuant to Western District of Virginia Local Rule 6 (i). In support of this motion, counsel asserts the following grounds:

1. Counsel was retained to appear specially and in a capacity limited to setting aside the default judgment and now that default judgment has been set aside, Mr. Farrar is ably represented in the pending litigation by other counsel.

2. Mr. Farrar consented to the special appearance and withdrawal is by mutual consent.

3. Mr. Farrar will not be prejudiced by withdrawal of counsel.

4. Counsel requests that he be removed from the list of counsel receiving ECF notices in the above-styled case.

WHEREFORE Counsel moves this Court for leave to withdraw.

Dated: April 8, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　TIMOTHY WAYNE FARRAR, JR.

　　　　　　　　　　　　　　　　　　　　　　By:___/s/ M. Paul Valois_____
　　　　　　　　　　　　　　　　　　　　　　　　　Of counsel

M. Paul Valois (VSB No. 72326)
JAMES RIVER LEGAL ASSOCIATES
7601 Timberlake Road
Lynchburg, VA 24502
Telephone: (434) 845-4529
Facsimile: (434) 845-8536
mvalois@vbclegal.com

*Counsel (appearing specially) for*
*Defendant Timothy Wayne Farrar, Jr.*

# CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 8th day of April, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record, including:

| | |
|---|---|
| T. Vaden Warren, Jr., Esq.<br>THE WARREN FIRM, PC<br>516 Locust Avenue<br>Charlottesville, VA 22902<br>Phone: (434) 972-9090<br>Fax: (434) 972-9091<br>Email: vwarren@warren | Bhavani K. Raveendran<br>ROMANUCCI & BLANDIN<br>321 N. Clark Street, Ste. 900<br>Chicago, IL 60654<br>Phone: (312) 458-1000<br>Fax: (312) 458-1004<br>Email: braveendran@rblaw.net |

*Counsel for Plaintiff Katherine Painter.*

| | |
|---|---|
| Jim H. Guynn, Jr.<br>GUYNN & WADDELL, PC<br>415 S. College Avenue<br>Salem, VA 24153<br>Phone: 540-387-2320<br>Fax: 540-389-2350<br>Email:jimg@guynnwaddell.com | Carlene Booth Johnson<br>PERRY LAW FIRM<br>262 Chellowe Road<br>Dillwyn, VA 23936<br>Phone: (434) 983-5005<br>Fax: (434) 983-5021<br>Email: perrylawfirm@hughes.net |
| *Counsel for Defendant Correctional Officer Pitts* | *Counsel for Blue Ridge Regional Jail Authority* |

                                                  _/s/ M. Paul Valois_
                                                      M. Paul Valois