CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
4/11/2019
JULIA C. DUDLEY, CLERK
BY: s/ CARMEN AMOS
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

**KATHERINE PAINTER,** :
    *Plaintiff* :
v. : CASE NO.: 6:17-cv-34
     :
**BLUE RIDGE REGIONAL JAIL,** *et al* :
    *Defendants*. :

## ORDER

The Court having reviewed the Motion for Withdraw (ECF 88) filed by M. Paul Valois, counsel appearing specially on behalf of defendant Timothy Wayne Farrar, Jr., the Motion is hereby GRANTED. M. Paul Valois shall be removed as counsel from this case.

Entered: April 11, 2019

*Robert S. Ballou*

Robert S. Ballou
United States Magistrate Judge