**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Lynchburg Division**

KATHERINE PAINTER,

    *Plaintiff*,

v.                                                          Case No. 6:17-cv-00034 (NKM-RSB)

BLUE RIDGE REGIONAL JAIL
AUTHORITY, ET AL.,

    *Defendants*.

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY SIPULATED AND AGREED, by and between the Parties pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that:

1) All remaining claims in Plaintiff's Complaint [ECF No. 1] shall be dismissed with prejudice;

2) Each party shall bear his/her own fees and costs; and

3) As there are no more pending claims before this Court, this case should be terminated.

Respectfully submitted,

**KATHERIN PAINTER**

/s/ Bhavani K. Raveendran

Bhavani K. Raveendran
Romanucci & Blandin, LLC
321 North Clark Street, Suite 900
Chicago, IL 60654
312-458-1000
Fax: 312-458-1004
braveendran@rblaw.net
*Counsel for Plaintiff*

/s/ Thomas Vaden Warren, Jr.

Thomas Vaden Warren, Jr.
The Warren Firm PLLC
516 Locust Avenue
Charlottesville, VA 22902
434-972-9090
Fax: 434-972-9091
vwarren@warren-law.com
*Counsel for Plaintiff*


**TIMOTHY FARRAR**

/s/ Christopher F. Quirk

Christopher F. Quirk, VSB #88238
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
cquirk@sandsanderson.com
*Counsel for Defendant Timothy Farrar*

## CERTIFICATE OF SERVICE

I hereby certify that on the 6th day of April 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/EMC system, which will send notification of such filing (NEF) to the following:

| | |
|---|---|
| Bhavani K. Raveendran | Thomas Vaden Warren, Jr. |
| Romanucci & Blandin, LLC | The Warren Firm PLLC |
| 321 North Clark Street, Suite 900 | 516 Locust Avenue |
| Chicago, IL 60654 | Charlottesville, VA 22902 |
| 312-458-1000 | 434-972-9090 |
| Fax: 312-458-1004 | Fax: 434-972-9091 |
| braveendran@rblaw.net | vwarren@warren-law.com |
| *Counsel for Plaintiff* | *Counsel for Plaintiff* |

/s/ Christopher F. Quirk
Edward J. McNelis, III, Esq., VSB #34003
Christopher F. Quirk, VSB #88238
Sands Anderson PC
1111 East Main Street, Suite 2400
Richmond, Virginia 23219
Telephone: (804) 648-1636
Facsimile: (804) 783-7291
emcnelis@sandsanderson.com
cquirk@sandsanderson.com
*Counsel for Defendant Timothy Farrar*